UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
------------------------------------------------------------X
Patricia Sperow, Individually and as
Personal Representative of the Estate of       No. 17-CV-01402-RDB
Dr. Clifford Sperow,

              Plaintiffs,

              v.                                                    **STIPULATION OF SETTLEMENT**

HCR ManorCare Inc., HCR IV Healthcare,
LLC, Heartland of Martinsburg WV, LLC,

              Defendants.

---------------------------------------------------------- X

    WHEREAS, Clifford Sperow received care and nursing home services from HCR ManorCare Inc., HCR IV Healthcare, LLC and Heartland of Martinsburg WV, LLC (hereinafter "HCR") from May 21, 2015 through August 11, 2015;

    WHEREAS, prior to being treated by the HCR defendants, Clifford Sperow received care at an anonymous Maryland based nursing home;

    WHEREAS, certain disputes arose concerning the transfer as well as the quality of care provided to Dr. Sperow while he was in the custody of HCR;

    WHEREAS, certain disputes arose concerning the transfer as well as the quality of care provided to Dr. Sperow while he was in the custody of the anonymous Maryland nursing facility prior to May 21, 2015;

    WHEREAS, Patricia Sperow was appointed Executrix of the Estate of Dr. Clifford Sperow by the Fiduciary Supervisor of Berkeley County, West Virginia—and is the widow of Dr. Sperow.

WHEREAS, Patricia Sperow Individually and as Personal Representative of the Estate of Dr.

Clifford Sperow (hereinafter "Sperow"), HCR as well as the anonymous Maryland nursing home seek to resolve this matter without further and extensive litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between Sperow and HCR as follows:

1. Sperow and their successors and assigns release any and all claims against HCR concerning the care and treatment of Dr. Sperow.

2. HCR shall pay Sperow the a confidential sum in full settlement of all claims arising out of this action (the "Settlement Payment") on the condition that this Court approves this Stipulation of Settlement in its entirety.

3. As additional consideration the anonymous Maryland nursing home has also made a confidential payment to settle its claims in this case.

4. The Settlement Payment shall be due 30 days after written notice of Court approval of this Stipulation of Settlement in its entirety.

5. Sperow shall file a notice dismissing the Federal Court Action with prejudice within five days of the receipt of the Settlement Payment unless an answer is filed, in which case the Successor Administrators shall file a stipulation dismissing the Federal Court Action with prejudice within five days of the receipt of the Settlement Payment and the Stipulation of Dismissal signed on behalf of HCR.

6. This Stipulation of Settlement shall be submitted to this Court for Court approval within ten days after it is fully executed.

Dated: February 22, 2018

| | |
|---|---|
| THE PANGIA LAW GROUP<br>Attorneys For Plaintiff Patricia Sperow,<br>Individually and as Personal Representative<br>of the Estate of Dr. Clifford Sperow<br>1717 N St., NW, Third Floor<br>Washington, DC  20036<br> 202-638-5300 | ANSPACH LAW<br>Attorneys For Defendants HCR Manor Care, Inc.,<br>HCR IV Healthcare, LLC and Heartland of<br>Martinsburg WV, LLC<br>517 9th St<br>Suite 1000<br>Huntington, WV 25701<br>(304) 522-1138 |
| By:   /S/  Douglas Desjardins<br>        DOUGLAS DESJARDINS | By:   /S/ David E. Rich<br>        DAVID E. RICH |

SO ORDERED:

_____
 U.S.D.J.